Appeal No.    2023AP1478

Cir. Ct. No.  2021CV2526

STATE OF WISCONSIN

IN COURT OF APPEALS

DISTRICT I

MIDWEST ENVIRONMENTAL ADVOCATES, INC.,

PETITIONER-APPELLANT-CROSS-RESPONDENT,

V.

FREDERICK PREHN,

RESPONDENT-RESPONDENT-CROSS-APPELLANT,

WISCONSIN DEPARTMENT OF NATURAL RESOURCES AND
WISCONSIN NATURAL RESOURCES BOARD,

RESPONDENTS-RESPONDENTS-CROSS-RESPONDENTS.

FILED

September 23,
2025

Samuel A. Christensen
Clerk of Court of Appeals

---

## ERRATA SHEET

---

Samuel A. Christensen
Clerk of Court of Appeals
Electronic Notice

Court of Appeals District II
Electronic Notice

Court of Appeals District III
Electronic Notice

Court of Appeals District IV
Electronic Notice

Christina Plum, Sarah Motiff
Electronic Notice

Hon. Everett D. Mitchell
Circuit Court Judge
Electronic Notice

Jeff Okazaki
Clerk of Circuit Court
Dane County Courthouse
Electronic Notice

Daniel P. Bach
Electronic Notice

Will Kramer
Electronic Notice

Robert David Lee
Electronic Notice

Mark Maciolek
Electronic Notice

Adam Voskuil
Electronic Notice

Christa Westerberg
Electronic Notice

Thomas Claire Kamenick
Kamenick Law Office, LLC
1144 Noridge Trail
Port Washington, WI 53074

PLEASE TAKE NOTICE that changes were made adding footnote 8, and renumbering the subsequent footnotes in the above-captioned opinion which was released on July 29, 2025.  A corrected electronic version in its entirety is available on the court's website at www.wicourts.gov.